GEORGE TAYLOR, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

(Argued December 7, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 23, 1884, which modified and affirmed, as modified, a judgment of Special Term.

*Almet F. Jenks* for appellant.

*Joshua M. Van Cott* for respondent.

Agree to reverse order of General Term and to affirm that of Special Term on authority of *Genet* v. *City of Brooklyn* (99 N. Y. 290).
All concur.
Ordered accordingly.